**Abatement Order filed December 11, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR

_____

**DON GRIJALVA-LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1146588, 1223212, and 1224946**

## ABATEMENT ORDER

On August 10, 2012, we directed the Harris County District Clerk to file a supplemental clerk's record containing the Presentence Investigation Report in each of these appeals. As of this date, no supplemental records have been filed.

When a filing designated for inclusion in the clerk's record has been lost or destroyed, the parties may, by written stipulation, deliver a copy of the filing to the trial court clerk for inclusion in the record. Tex. R. App. P. 34.5(e). If the parties cannot

agree, the trial court must determine what constitutes an accurate copy of the missing document and order it included in the record. *Id.*

Accordingly, for each case, the parties are directed to, by written stipulation, deliver a copy of the presentence investigation report to the trial court clerk for inclusion in the record **within 15 days** of the date of this order. The Harris County District Clerk is directed to file a supplemental clerk's record in each case containing the Presentence Investigation Report **within 10 days** of receipt from the parties.

If the parties cannot agree, the trial court is directed to determine what constitutes an accurate copy of the presentence investigation report for each case and to have a supplemental clerk's record containing the presentence investigation report filed with the clerk of this court **within 45 days** of the date of this order.

The appeals are abated, treated as a closed case, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the supplemental clerk's records containing the presentence investigation reports are filed in this court. The court will also consider an appropriate motion to reinstate the appeals filed by either party, or the court may reinstate the appeals on its own motion.


PER CURIAM